**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10   Lisa Miller, et al.,                                          NO. C 08-04260 JW
                                                                   NO. C 08-04344 PVT
11                      Plaintiffs,                                NO. C 08-04432 SI
        v.
12                                                                 **ORDER APPROVING STIPULATION TO**
     Nvidia Corp., et al.,                                         **RELATE AND CONSOLIDATE CASES**
13
                        Defendants.
14   _____/

15          Presently before the Court is a Stipulation to Relate and Consolidate Cases.  (hereafter,

16   "Stipulation," Docket Item No. 12.)  Plaintiffs in this action, along with Plaintiffs in two parallel

17   actions in the Northern District of California, are collectively pursuing putative class action

18   securities claims against NVIDIA Corp., Jen-Hsun Huang, and Marvin Burkett (collectively,

19   "Defendants").

20          The parallel actions are styled Jermyn v. NVIDIA, No. C 08-04344 PVT and Politz v.

21   NVIDIA, No. C 08-04432 SI.  Plaintiffs in all three actions, together with Defendants, stipulate that

22   the cases are related within the meaning of Civil Local Rule 3-12[1] and should be consolidated

23   pursuant to Federal Rule of Civil Procedure 42(a).[2]  Since C 08-04260 was filed on September 9,

24   _____

25       [1]  Civil Local Rule 3-12(a)  provides that an action is related to another when: "(1) The
     actions concern substantially the same parties, property, transaction or event; and (2) It appears
26   likely that there will be an unduly burdensome duplication of labor and expense or conflicting
     results if the cases are conducted before different Judges."

27       [2]  Rule 42(a) provides that "[i]f actions before the court involve a common question of law or
     fact the court may: (1) join for hearing or trial any and all matters at issue in the actions; (2)
28   consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."

**United States District Court**
For the Northern District of California

1    2008, and was therefore the first-filed of the three actions, the parties have properly moved this

2    Court for relation and consolidation of the cases.  See Civ. L.R. 3-12(b).  Based on the

3    representations made by the parties in their Stipulation, the Court finds that the three cases are

4    related within the meaning of Civil Local Rule 3-12 and should be consolidated pursuant to Rule

5    42(a).

6            Accordingly, the Court GRANTS the parties' Stipulation to relate and consolidate the cases.

7    The Clerk shall consolidate these actions with C 08-04260 being the lead case.  All future filings

8    shall be filed in C-08-04260- JW and bear the caption: "*In re Nvidia Corporation Securities*

9    *Litigation*."  The Clerk shall administratively close C 08-04344 PVT and C 08-04432 SI.

10           On or before **November 10, 2008**, the Consolidated Plaintiffs shall notice and file their

11   motions for appointment of Lead Plaintiff(s) and Lead Counsel.  The Court sets a hearing on these

12   motions for **December 15, 2008 at 9 a.m.**  To the extent there is no opposition and the parties are in

13   agreement as to who should be the Lead Plaintiff and Lead Counsel, the hearing will be vacated and

14   the Court will make its appointment accordingly.

15

16   Dated:  October 30, 2008                                    _____

17                                                              JAMES WARE
                                                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28                                                  2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Aaron M. Sheanin ams@girardgibbs.com
    James Elliott Thompson jthompson@orrick.com
3   James Neil Kramer jkramer@orrick.com
    Jonathan Krasne Levine jkl@girardgibbs.com

4

5   **Dated:  October 30, 2008**                    **Richard W. Wieking, Clerk**

6

7                                                   **By:    /s/ JW Chambers**
                                                         **Elizabeth Garcia**
8                                                        **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28